# Court of Appeals
# of the State of Georgia

ATLANTA,  March 21, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1029. BRUCE M. GREER v. THE STATE.**

Bruce Greer was convicted of armed robbery, aggravated assault, and other crimes. We affirmed his convictions in an unpublished opinion. See *Greer v. State*, Case No. A03A0526 (decided March 19, 2003). Greer later filed an extraordinary motion for new trial, which the trial court denied. He sought discretionary review of that ruling, but we denied his application. See *Greer v. State*, Application No. A09D0332 (decided May 11, 2009). Greer then filed a "Motion to Vacate And/Or Set Aside Judgment Obtained By Perjury."[1] The trial court denied that motion, and Greer appeals. We, however, lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (686 SE2d 786) (2009). Any appeal from an order denying such a motion must be dismissed. See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Greer is not authorized to collaterally attack his conviction in this manner, his appeal must be dismissed. See id.; see also *Harper v. State*, supra at 218 (1); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. Greer's "Motion To Correct A Misquote" is DISMISSED as MOOT.

---

[1] Greer also has apparently filed both state and federal habeas corpus petitions. Those petitions, and Greer's subsequent appeals, have been denied.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 03/21/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____, *Clerk.*